**AARON FAIN'S LEASING, INC.,**
**Plaintiff–Respondent,**

v.

**Sharon WHITE, Defendant–Appellant.**

**No. 57785.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 17, 1990.

Application to Transfer Denied
Nov. 20, 1990.

Francis X. Duda, St. Louis, for defendant-appellant.

Phillip K. Gebhardt, St. Louis, for plaintiff-respondent.

PER CURIAM.

Defendant appeals from an order of the associate circuit court which refused to satisfy a consent judgment. We dismiss. Section 512.180, RSMo.1986, governs appeals from cases tried in the associate circuit court. Because the petition in this case requested damages of less than $5,000, defendant's sole remedy after an adverse judgment was a trial de novo, not an appeal to the appellate court. *Id.;*

*State ex rel. JCA Architects, Inc. v. Schmidt*, 751 S.W.2d 756, 758 (Mo. banc 1988); *State ex rel. Benton v. Airport Limousine Service*, 791 S.W.2d 482, 483 (Mo.App.1990). Appeal dismissed.